1 | Errol H. Stambler, Esq.
2 | 10880 Wilshire Blvd., Suite 1050
    Los Angeles, California 90024
3 | O:   (310) 473-4525
    F:   (310) 475-8187
4 | estambler@msn.com

5 | California State Bar Number: 58374

6 | Party for: **Gregory Island**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| )  PLAINTIFF, ) | CASE NO.: CR 94-878-JFW |
| V. ) | |
| ) | ORDER |
| GREGORY ISLAND, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

UPON GOOD CAUSE:

The previously imposed term to serve an additional six months in a CCC (Condition number 5 of the Judgment and Commitment Order issued on January 18, 2008) is hereby vacated.

The reason is that the defendant has already served such term in a CCC upon the transfer from the Bureau of Prisons. At this time there appears no need to impose such additional condition upon the defendant.

Dated: July 20, 2009

_____
United States District Court

cc: USOP, USM, BOP